**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO CORIMAYHUA ROCA<br><br>             Petitioner,<br><br>    v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>             Respondents. | CASE NO. 5:26-cv-2422-SK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

On May 7, 2026, Petitioner filed a counseled petition under 28 U.S.C. § 2241 seeking an individualized bond hearing under 8 U.S.C. § 1226(a) or else immediate release.  (ECF 1).  Respondents neither timely appeared under General Order 26-05, nor have they timely opposed the petition as of this order.  The petition is thus deemed unopposed.  So construed, the petition is GRANTED.

Respondents are ORDERED to release Petitioner unless he is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) within 7 days of this order.  To satisfy this condition, the immigration judge must exercise her discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings based on all relevant facts—including criminal history, immigration history, manner of entry,

length of residence, family ties, employment, community connections, compliance with prior orders, and eligibility for relief from removal.  *See Matter of Guerra*, 24 I. & N. Dec. 37, 40 (BIA 2006).  The immigration judge must also provide a statement of reasons, orally or in writing, for her decision.  *See* 8 C.F.R. § 1003.19(f).  Those reasons must be adequate to permit meaningful review by the BIA (or any other reviewing body) if an appeal is taken by either party.  *See* 8 C.F.R. § 1003.38.

The parties must file a joint status report within 48 hours of Petitioner's release or compliance with this conditional writ.

IT IS SO ORDERED.

DATED: May 19, 2026

HON. STEVE KIM
United States Magistrate Judge

2