JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO CORIMAYHUA ROCA, <br><br>          Petitioner, <br><br>     v. <br><br> WARDEN, ADELANTO ICE PROCESSING CENTER, et al., <br><br>          Respondents. | Case No. 5:26-cv-2422-SK <br><br> **JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted on the terms set forth in that Order.

The Clerk is instructed to close this case.

DATED: May 19, 2026

_____
HON. STEVE KIM
United States Magistrate Judge