# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO CORIMAYHUA ROCA<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>   Respondents. | CASE NO. 5:26-cv-2422-SK<br><br>**<u>AMENDED</u> ORDER GRANTING UNOPPOSED HABEAS PETITION** |

On May 7, 2026, Petitioner filed a counseled petition under 28 U.S.C. § 2241 seeking an individualized bond hearing under 8 U.S.C. § 1226(a) or else immediate release. (ECF 1). Respondents neither timely appeared under General Order 26-05, nor have they timely opposed the petition as of this order. The petition is thus deemed unopposed. So construed, the petition is GRANTED.

Respondents are ORDERED to release Petitioner unless he is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) within 7 days of this order.[1] To satisfy this condition, the immigration judge must exercise

---

[1] In an untimely answer, Respondents maintain that Petitioner is subject to the judgment in *Maldonado Bautista v. Santacruz*, 813 F. Supp. 3d 1084, 1127-28 (C.D. Cal. 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). (ECF 9 at 2-3). As a result, Petitioner should receive the same type of bond hearing that other bond eligible class members have

her discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings based on all relevant facts—including criminal history, immigration history, manner of entry, length of residence, family ties, employment, community connections, compliance with prior orders, and eligibility for relief from removal. *See Matter of Guerra*, 24 I. & N. Dec. 37, 40 (BIA 2006). The immigration judge must also provide a statement of reasons, orally or in writing, for her decision. *See* 8 C.F.R. § 1003.19(f). Those reasons must be adequate to permit meaningful review by the BIA (or any other reviewing body) if an appeal is taken by either party. *See* 8 C.F.R. § 1003.38.

The parties must file a joint status report within 48 hours of Petitioner's release or compliance with this conditional writ.

IT IS SO ORDERED.

DATED: <u>May 20, 2026</u>

HON. STEVE KIM
United States Magistrate Judge

---

routinely received from the same court that entered judgment in *Maldonado Bautista*— that is, one in which the Government bears the burden of showing by clear and convincing evidence that the noncitizen should be detained pending removal proceedings. *See, e.g., Munoz v. Johnson*, No. 2:26-cv-02171-SSS, 2026 WL 905513, at *1 (C.D. Cal. Apr. 1, 2026).