JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE ANTONIO CORIMAYHUA ROCA,

                Petitioner,

      v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

                Respondents.

Case No. 5:26-cv-2422-SK

**AMENDED JUDGMENT**

    Pursuant to the Amended Order Granting Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted on the terms set forth in that Order.

    The Clerk is instructed to close this case.

DATED: May 20, 2026

_____
HON. STEVE KIM
United States Magistrate Judge